IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

**Motion GRANTED.**

| | |
|---|---|
| SUSAN T. DAVIS as Administrator of the Estate of MICHAEL C. BODIN, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3:14-cv-0128 |
| ) | Judge Aleta A. Trauger |
| FIDELITY WORKPLACE SERVICES, LLC and FIDELITY MANAGEMENT TRUST COMPANY ) ) ) ) ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO DISMISS

Now comes the Plaintiff, Susan T. Davis as Administrator of the Estate of Michael C. Bodin, by and through counsel, and files this motion to dismiss this federal court action against the named defendants. In support of this motion, the plaintiff would show that after reviewing documents provided by the defendant and conferring with counsel for the defendant, the plaintiff is satisfied that recovery for the alleged wrong acts which resulted in a loss in the decedent's estate will not come from this named defendant pursuant to the contract between the decedent and the defendant and other federal laws.

This motion has been discussed with defendant's counsel and he does not intend to oppose this motion.

THEREFORE, the plaintiffs moves this court to dismiss this action with prejudice.

This is the 13 day of JUNE 2014.

Respectfully submitted.

/S/ Connie Reguli
Connie Reguli  #16867
Attorney for Plaintiff
LawCare Family Law Center, P.C.
1646 Westgate Circle, Suite 101
Brentwood, TN  37027
615-661-0122
615-661-0197 FAX